UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        *Plaintiff*,        Case No. 23-cr-00113-PP-1

  vs.

MARKITA BARNES,

        *Defendant*.

_____

**NOTICE OF APPEARANCE OF JASON D. LUCZAK**
_____

      PLEASE TAKE NOTICE that Jason D. Luczak of Gimbel, Reilly, Guerin & Brown, LLP has been retained by and appears as counsel for defendant Markita Barnes in the captioned matter. Counsel requests that all pleadings and other court documents be served upon him through the CM/ECF filing system.

      Dated at Milwaukee, Wisconsin, this 11th day of August, 2025.

                Respectfully submitted,

                Gimbel, Reilly, Guerin and Brown LLP

                By: *Electronically Signed by Jason D. Luczak*
                    JASON D. LUCZAK
                    State Bar No. 1070883
                    Email: jluczak@grgblaw.com
                Counsel for Markita Barnes.

POST OFFICE ADDRESS:

330 E Kilbourn Ave, Ste 1170
Milwaukee, WI 53202
414-271-1440